RENE L. VALLADARES
Acting Federal Public Defender
State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, Nevada 89101
Tel: (702) 388-6577
Fax: (702) 388-6261

Attorney for **CALVIN CAPLES**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No.: 2:05-cr-176-JCM-LRL |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION AND PROPOSED ORDER TO AMEND JUDGMENT** |
| CALVIN CAPLES, | |
| Defendant. | |

COMES NOW THE DEFENDANT, CALVIN CAPLES, by and through counsel, Rene L. Valladares, Acting Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Mr. Caples, that the conditions of Mr. Caples' Judgment be amended to include a recommendation to serve the remainder of his sentence, at Nevada Southern Detention Center, where he is currently being held.

This motion is entered into for the following reasons:

1. The defendant has been sentenced to a brief six month period of incarceration, having been taken into custody May 20, 2011. Therefore the interest of judicial economy will best be served by a recommendation for the defendant to serve the remainder of his sentence in the facility where he is currently being held, Nevada Southern Detention Center in Pahrump, Nevada.

2. This will also permit the defendant the benefit of serving his sentence in a facility close to his children.

3. The government has no opposition to this request.

1

4.   Mr. Caples therefore respectfully request that the court amend his judgment to reflect a recommendation that he serve the remainder of his sentence in the Nevada Southern Detention Center in Pahrump, Nevada.

DATED this 21st day of June, 2011.

        RENE L. VALLADARES
        Acting Federal Public Defender

        By: s/ Nisha Brooks-Whittington
        NISHA BROOKS-WHITTINGTON
        Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CALVIN CAPLES,<br><br>Defendant. | Case No.: 2:05-cr-176-JCM-LRL<br><br>**ORDER TO AMEND JUDGMENT** |

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the judgment be amended to reflect a recommendation that the defnedant be permitted to serve the remainder of his sentence in the Nevada Southern Detention Center in Pahrump, Nevada.

.

DATED June 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on June 21, 2011, I served an electronic copy of the above and foregoing **UNOPPOSED MOTION AND PROPOSED ORDER TO AMEND JUDGMENT** by electronic service (ECF) to the person named below:

>DANIEL G. BOGDEN
>United States Attorney
>PHILLIP N. SMITH, JR.
>Assistant United States Attorney
>333 Las Vegas Blvd. So., 5th Floor
>Las Vegas, Nevada 89101

/S/ Nancy Vasquez
Nancy Vasquez, Legal Secretary to
NISHA BROOKS-WHITTINGTON,
Assistant Federal Public Defender